UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-31873 |
|---|---|
| RALPH EPHRIAM AMOS | (Chapter 13) |
| ANNIE RUTH AMOS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100310**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 18 | OLIPHANT FINANCIAL LLC<br>ASIGNEE ELDER BEERMAN<br>BOX 2899<br>SARASOTA, FL  34230 | 58.80 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/26/2011

Certificate of Service        07-31873

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| RALPH EPHRIAM AMOS<br>ANNIE RUTH AMOS<br>5708 SEVEN GABLES AVENUE<br>TROTWOOD, OH  45426 | THOMAS R BLASCHAK<br>1692 WOODMAN DRIVE<br>DAYTON, OH  45432 | (55.1n)<br>DANIEL WOLTERS<br>1300 E NINTH STREET 20 FLOOR<br>CLEVELAND, OH  44114 |
| (39.1n)<br>JP MORGAN CHASE BANK NA<br>ATTN BANKRUPTCY DEPARTMENT<br>BOX 24603<br>COLUMBUS, OH  43219 | (54.1n)<br>LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>BOX 10587<br>GREENVILLE, SC  29603 | (18.1)<br>OLIPHANT FINANCIAL LLC<br>ASIGNEE ELDER BEERMAN<br>BOX 2899<br>SARASOTA, FL  34230 |

(50.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv